IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM F. HAASE, | : | CIVIL ACTION |
| | : | NO. 15-2864 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **1st** day of **August, 2016,** upon consideration of Defendant's Motion for Summary Judgment (ECF No. 9), Plaintiff's response thereto (ECF No. 12), and Defendant's reply brief (ECF No. 14)[1] and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motion for summary judgment is **GRANTED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,  J.**

---

[1]     Defendant's Motion for Leave to File a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF No. 14) is granted in that the Court considered the contents of the proposed reply brief in deciding Defendant's motion for summary judgment.